IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TINA F. JUSTICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:11-cv-1066-MEF |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

The parties have filed a Stipulation of Dismissal (Doc. # 15) that complies with Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, it is ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

DONE this the 14th day of March, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE